# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT PALACIOS, et al.,<br><br>    Plaintiffs.<br><br>v.<br><br>FORD MOTOR CORPORATION, et al.,<br><br>    Defendants. | Case No. 19-cv-05237-JCS<br><br>**ORDER TO SHOW CAUSE** |

    Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 17, 2020, before this Court in the above-entitled case. Plaintiffs Herbert Palacios and Meghan Palacios were not present. Defendants Avis Rent A Car and Ford Motor were present.

    IT IS HEREBY ORDERED that Plaintiffs Herbert Palacios and Meghan Palacios appear on **February 14, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiffs failure to appear at the case management conference on January 17, 2020, for failure to prosecute, and for failure to comply with the Court's Order of November 22, 2019.

    IT IS SO ORDERED.

Dated: January 22, 2020

                                                     JOSEPH C. SPERO<br>
                                                     Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HERBERT PALACIOS, et al.,

    Plaintiffs,

v.

FORD MOTOR CORPORATION, et al.,

    Defendants.

Case No. 19-cv-05237-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Herbert Palacios
Meghan Palacios
2622 Ohlone Drive
San Jose, CA 95132

Dated: January 22, 2020

Susan Y. Soong
Clerk, United States District Court

By: *Karen L. Hom*
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO